ANDREW S. CANTONI, Respondent, v. WILLIAM F. HOLSTEIN et al., Appellants, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

REUBEN GLADSTONE v. NATIONAL TRANSPORTATION CO., INC., et al.— Motion to dismiss appeal granted. The appeal to this court is unauthorized by order of the Appellate Term or the Appellate Division. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.